CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DAVID E. KARLIN (SBN: 275905)
david@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorney for Defendant
Berke Enterprises, LTD., L.P. and Onnie Enterprises, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, | Case No.: 2:18-CV-04689-MWF-E |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| BERKE ENTERPRISES, LTD., L.P., a California Limited Partnership; ONNIE ENTERPRISES, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

11  Dated: August 14, 2018        CENTER FOR DISABILITY ACCESS

13                By: /s/ Phyl Grace
                      Phyl Grace
                      Attorneys for Plaintiff

15  Dated: August 14, 2018        THE KARLIN LAW FIRM LLP

17                By: /s/ David E. Karlin
                      David E. Karlin
18                    Attorney for Defendants
                      Berke Enterprises, LTD., L.P. and Onnie
19                    Enterprises, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for Berke Enterprises, LTD., L.P. and Onnie Enterprises, LLC, and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: August 14, 2018          CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
     Phyl Grace
     Attorney for Plaintiff