CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DAVID E. KARLIN (SBN: 275905)
david@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorney for Defendant
Berke Enterprises, LTD., L.P. and Onnie Enterprises, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>     Plaintiff,<br><br>v.<br><br>BERKE ENTERPRISES, LTD., L.P., a California Limited Partnership;<br>ONNIE ENTERPRISES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>     Defendants. | Case: 2:18-CV-04689-MWF-E<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 23, 2018   CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: August 23, 2018   THE KARLIN LAW FIRM LLP

By: /s/ David E. Karlin
    David E. Karlin
    Attorney for Defendantss
    Berke Enterprises, LTD., L.P. and
    Onnie Enterprises, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for Berke Enterprises, LTD., L.P. and Onnie Enterprises, LLC, and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: August 23, 2018          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Phyl Grace
                                       Phyl Grace
                                       Attorneys for Plaintiff